IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEN W. DAVIS,

    Plaintiff,

       v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-1985-TWT

## ORDER

This is apparently an action under the Fair Debt Collection Practices Act.  It is before the Court on the Report and Recommendation [Doc.  10] of the Magistrate Judge recommending dismissing the action without prejudice.    The Court approves and adopts the Report and Recommendation as the judgment of the Court.  This action is DISMISSED without prejudice.  The Defendant's Motion to Dismiss [Doc.  3] and the Plaintiff's Motion to Remand [Doc. 6] are DENIED as moot.

    SO ORDERED, this 15 day of November, 2013.

            /s/Thomas W. Thrash
            THOMAS W. THRASH, JR.
            United States District Judge